# Message Report

✳ **OurFamilyWizard**

**Generated:** 05/22/2024 at 08:21 AM by stephen belafonte
**Number of messages:** 14
**Timezone:** America/Los_Angeles
**Parents:** stephen belafonte, Mel JB
**Child(ren):** m▮▮▮▮ brown
**Third Party:**

OurFamilyWizard
ourfamilywizard.com
info@ourfamilywizard.com
(866) 755-9991

---

## Message 1 of 14

| | |
|---|---|
| **Sent:** | 04/15/2024 at 05:01 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: 04/19/2024 at 05:53 AM*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_84.jpeg (233 KB) |

See attached M▮▮▮▮'s calls to you this morning. You did not answer.

## Message 2 of 14

| | |
|---|---|
| **Sent:** | 04/18/2024 at 08:59 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: 04/19/2024 at 05:53 AM*) |
| **Subject:** | Missed FaceTimes |
| **Attachments:** | Me_Motha_85.jpeg (231 KB) |
| | Me_Motha_85.jpeg (237 KB) |

See attached Madison's calls to you from today and yesterday. You didn't answer.

## Message 3 of 14

| | |
|---|---|
| **Sent:** | 04/21/2024 at 09:09 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_86.jpeg (231 KB) |

See M▮▮▮▮'s calls to you this morning. You did not answer.

## Message 4 of 14

| | |
|---|---|
| **Sent:** | 04/22/2024 at 08:16 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_87.jpeg (229 KB) |

See attached M▮▮▮▮'s calls to you today. You did not answer.

### Message 5 of 14

| | |
|---|---|
| **Sent:** | 04/25/2024 at 01:31 PM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_88.jpeg (233 KB) |

See attached M▮▮▮▮'s calls to you this morning! You did not answer.

### Message 6 of 14

| | |
|---|---|
| **Sent:** | 04/28/2024 at 09:09 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_89.jpeg (232 KB) |

See attached M▮▮▮▮'s calls to you this morning. You did not answered

### Message 7 of 14

| | |
|---|---|
| **Sent:** | 04/29/2024 at 08:21 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime calls |
| **Attachments:** | Me_Motha_90.jpeg (232 KB) |

See attached M▮▮▮▮'s calls to you this morning. You did not answer

### Message 8 of 14

| | |
|---|---|
| **Sent:** | 05/02/2024 at 05:13 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_91.jpeg (232 KB) |

See attached M▮▮▮▮'s calls to you this morning. You did not answer

### Message 9 of 14

| | |
|---|---|
| **Sent:** | 05/08/2024 at 04:51 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_92.jpeg (231 KB) |

See M▮▮▮▮'s calls to you this morning. You did not answer.

**Message 10 of 14**

| | |
|---|---|
| **Sent:** | 05/09/2024 at 05:18 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_93.jpeg (232 KB) |

See M███'s calls to you this morning, you did not answer.

**Message 11 of 14**

| | |
|---|---|
| **Sent:** | 05/10/2024 at 12:34 PM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_94.jpeg (228 KB) |

See below M███'s calls to you this morning. You did not answer again.

**Message 12 of 14**

| | |
|---|---|
| **Sent:** | 05/12/2024 at 09:19 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_95.jpeg (233 KB)<br>Me_Motha_96.jpeg (239 KB) |

See attached M███'s calls to you from yesterday AND today on Mother's Day. You did not answer again. This the 5th day in row of not answering her calls.

**Message 13 of 14**

| | |
|---|---|
| **Sent:** | 05/13/2024 at 05:01 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Me_Motha_97.jpeg (231 KB) |

See attached M███'s calls to you this morning. You did not answer. Day 6 of not answering.

**Message 14 of 14**

| | |
|---|---|
| **Sent:** | 05/17/2024 at 08:15 AM |
| **From:** | stephen belafonte |
| **To:** | Mel JB (*First Viewed: Never*) |
| **Subject:** | Missed FaceTime |
| **Attachments:** | Screenshot_2024-05-17_at_7.54.58_AM_1.jpeg (239 KB) |

See attached M███'s calls to you this morning. You did not answer.