

To whom this may concern,

M___ B___ is our orthodontic patient, who needs to be in treatment for 18 months. It is extremely important for M___ to attend her appointments once a month to continue her progress. Unfortunately, her treatment has been delaying and M___ has missed multiple appointments due to Ms. Melanie's Brown disagreement to continue orthodontia for M___. According to Ms. Brown, Mr. Belafonte has an active restraining order for domestic abuse and cannot make decisions without her consent and refuses to have M___ seen at our office. Attached are notes/treatment plan from our Orthodontist. Dr. Yousefzadeh, where it explains why M___ needs orthodontic treatment. If her treatment extends more than 18 months, it will be an additional fee for Mr. Belafonte apart from payments he has already made . We hope to see M___ as soon as possible to complete her treatment.

Sincerely,
Star Kids Dental & Orthodontics

Star Kids Dental
& Orthodontics
1824 West Verdugo Ave
Burbank, CA 91506
(818)566-8715