

**therealpbmarci** 248w
Whoring nigga, leave the woman alone you bitch. Why do I have to read in news that you bringing her in court to get more child support? You disgusting excuse for male..you betta stop messing with the sista ok, bitch.
Reply

**therealpbmarci** 248w
Negro, why won't you leave the sista alone in peace?? Whoring ffingb
Reply

**asiamclauren** 248w



**2:36**

**STEPHENBELAFONTE1**
Posts                                Follow

**Comments**

Reply

**asiamclauren** 248w

You are a monster and you will rot in hell , get a fucking JOB and stop tryna ruin Mel b's life, you don't need that much money from her and why tf is she even on child support in the first place? I hope somebody beat ur ass one day like how u beat on Mel b, u need to get fucked up with ur evil ass nigga FUCK YOU  

Reply

**therealduce** 249w
 

Reply

       
















**krystlex** 247w

You f*ckin low life scum! Demanding more money for child support are you feckin real?! Mel is successful WITHOUT you so you wana jump on her money..YOU FIND YOUR OWN MONEY TO SUPPORT YOUR KIDS not scrounge off their mother. You disgust me. Not Mel's fault you cant provide for your children. Why cant you leave her be and let her be happy with the kids? I have ZERO respect for you

Reply

**ladyleeofficial** ✓ 247w
↑ ↑ ↑
TOP TOP TOP





 **itsmestefannie** 286w
You are and always have been a narcissist piece of shit. It's so obvious that you are a skank. I hope she makes a billion dollars from this book & you rot in the hell you deserve.
Reply

 **pineapplepink1** 286w
@stephenbelfonte1 remember your daughters, their friends and family will read this book one day - be the bigger person  1
Reply

       

