iMessage Message sent 7/30/2015 5:50:14 PM

So proud of u for not drinking I'm gonna support ur healthy living also but not date night!

iMessage Message received from Mother 2014 7/30/2015 5:53:40 PM

Thank you honey love u for saying that

iMessage Message received from Mother 2014 7/30/2015 5:53:45 PM

Hot tatto

iMessage Message sent 7/30/2015 5:59:55 PM



iMessage Message received from Mother 2014 7/30/2015 6:25:08 PM

Sexy tatt honey

iMessage Message received from Mother 2014 7/30/2015 6:40:28 PM

Just tried face timing you I'm back in my room now laying in bed

iMessage Message received from Mother 2014 7/30/2015 6:50:13 PM

Video and send me