## Usher for X Factor Australia

On set with Usher





appears she isn't the only star he counts as a pal.



**Famous friends:** Mel B was spotted leaving a New York restaurant with husband Stephen Belafonte (L) and Kim Kardashian's best friend Jonathan Cheban (R)

**TRENDING**



ADVERTISEMENT