

**Dressed up:** She showed off her curves in the flattering frock for an appearance on Good Afternoon America in New York

ADVERTISEMENT











**44 likes**

**thesharkdaymond** Brunch with @stephenthinks1 @officialmelb & @noahtepperberg started off like this yesterday! It only got crazier! #NYstyle

View all 2 comments

July 29, 2012

