









Enjoying themselves: The women danced around, clearly loving life in that moment



Girls just wanna have fun: The friends stood aroun