Melanie Brown <███>

## my crazy mother
11 messages

---

**Melanie Brown** <███>  Thu, Feb 23, 2012 at 6:21 PM
To: Mark Sutton <███>, Mark Sutton <███>

"the sun" newspaper is re launching this sunday,and guess who has sold another story on me,yep thats right,my mother AGAIN!!

---

**Mark Sutton** <███>  Thu, Feb 23, 2012 at 8:10 PM
To: Melanie Brown <███>
Cc: Mark Sutton <███>

Are you Serlous??????!!!!!!

Sent from my iPhone
[Quoted text hidden]

---

**Mark Sutton** <███>  Thu, Feb 23, 2012 at 8:14 PM
To: Melanie Brown <███>

Call me if u can Iam in the SHERATON GRANDE SUKHUMVIT hotel Bangkok ███ room 1716

Sent from my iPhone

On 24 Feb 2012, at 06:21, Melanie Brown <███> wrote:

[Quoted text hidden]

---

**Mark Sutton** <███>  Thu, Feb 23, 2012 at 8:14 PM
To: Melanie Brown <███>

Do u know what she has said?

Sent from my iPhone

On 24 Feb 2012, at 06:21, Melanie Brown <███> wrote:

[Quoted text hidden]

---

**Melanie Brown** <███>  Thu, Feb 23, 2012 at 8:27 PM
To: Mark Sutton <███>
Cc: Mark Sutton <███>

nope it's true!!! the sun newspaper on a weekend is re launching this sunday,and my mother just paid 20 thousand pounds for her story,what a biatch!!!
my sister danilelle was herd braggin about it,thats how i got told,what cunts!!

[Quoted text hidden]

---

**Mark Sutton**                                              Thu, Feb 23, 2012 at 8:37 PM
To: Melanie Brown

But who told you? £20 grand??? Are u serious?

Sent from my iPhone
[Quoted text hidden]

---

**Mark Sutton**                                              Thu, Feb 23, 2012 at 9:03 PM
To: Melanie Brown

  From USA to me is

Room 1716

Sent from my iPhone

On 24 Feb 2012, at 08:27, Melanie Brown <               > wrote:

[Quoted text hidden]

---

**Melanie Brown**                                          Thu, Feb 23, 2012 at 9:18 PM
To: Mark Sutton

thats what danielle was boasting about!!
[Quoted text hidden]

---

**Melanie Brown**                                          Thu, Feb 23, 2012 at 9:20 PM
To: Mark Sutton <

calling you right now,p is on twitter @p
[Quoted text hidden]

---

**Mark Sutton**                                              Thu, Feb 23, 2012 at 9:38 PM
To: Melanie Brown

Call me back!!!

Sent from my iPhone
[Quoted text hidden]

---

**Mark Sutton**                                              Thu, Feb 23, 2012 at 9:55 PM
To: Melanie Brown <

Ian watching p!!!!

Sent from my iPhone

On 24 Feb 2012, at 09:20, Melanie Brown <​​​​​​​​​​​​​​​​> wrote:

[Quoted text hidden]



Gmail - FW: FYI - Mel B's Family Feud Deepens After They Accuse The 'X Factor' Star Of Bending The Truth About Her Tough Upbringing — 4/26/24, 3:30 PM

Melanie Brown <███████>

### FW: FYI - Mel B's Family Feud Deepens After They Accuse The 'X Factor' Star Of Bending The Truth About Her Tough Upbringing
5 messages

**Estlund, Kim** <███████>  Tue, Sep 16, 2014 at 3:11 PM
To: "Melissa Nakamura (███████)" <███████>, Mel B <███████>, Stephen Belafonte <███████>
Cc: "Falcon, Raina" <███████>

Team, just a head's up on this UK tabloid story…



# Mel B's Family Feud Deepens After They Accuse The 'X Factor' Star Of Bending The Truth About Her Tough Upbringing

Mel B's family have blasted the 'X Factor' star after she claimed to have been brought up in a tough area of Leeds on the ITV show.
Viewers saw the former Spice Girl tell contestant Kayleigh Manners that she had grown up in the same part of the city as her on last week's show.

Gmail - FW: FYI - Mel B's Family Feud Deepens After They Accuse The X-Factor Star Of Bending The Truth About Her Tough Upbringing

Case 1:24-cv-22045-DPG   Document 1-11   Entered on FLSD Docket 05/29/2024   Page 5 of 12

4/26/24, 3:30 PM



**Mel B and her mum, Andrea, pictured in 1997**

Mel said: "I grew up in Harehills."

Before Kayleigh added: "The place where I come from gets quite a bad name. But Mel B was brought up in the same area so it makes you realise people from that place can still make it and get somewhere."

Gmail - FW: FYI -- Mel B's Family Feud Deepens After They Accuse The 'X Factor' Star Of Bending The Truth About Her Tough Upbringing

Case 1:24-cv-22045-DPG Document 1-11 Entered on FLSD Docket 05/29/2024 Page 6 of 12

4/26/24, 3:30 PM

But Mel's mum Andrea blasted her daughter's claims, revealing she actually grew up in a semi-detached house in a completely different part of town.

"Melanie was brought up in Harehills? Well, that's news to us. It's always been Kirkstall, the other side of town," she told The Mirror.

Mel's sister Danielle, added: "That's what happens when you forget your roots. I might start saying I grew up in Buckingham Palace."



**Mel B and her sister Danielle in happier times**

The former Scary Spice became estranged from her mother Andrea, father Martin and sister Danielle in 2008 after she renewed her wedding vows with husband Stephen Belafonte, who they blamed for taking Mel away from her family.

Mel has previously admitted to living in a different part of Leeds during the filming of the 2009 documentary, 'Seven Days On The Breadline', which saw her living with a family in Harehills.

She said: "I knew a little about what to expect in Harehills because it's always had a tough reputation.

"Despite the fact I was born in Leeds and grew up on another council estate in the city, I was shocked at the level of deprivation and the absence of hope I found when I went back to Harehills for the first time in about 20 years."

Last week, Mel showed off her incredible bikini body on a romantic break with husband Stephen in Mexico...

Gmail - FW: FYI - Mel B's Family Feud Deepens After They Accuse The 'X-Factor' Star Of Bending The Truth About Her Tough Upbringing    4/26/24, 3:30 PM

Case 1:24-cv-22045-DPG   Document 1-11   Entered on FLSD Docket 05/29/2024   Page 7 of 12

http://www.huffingtonpost.co.uk/2014/09/16/mel-b-family-feud-x-factor_n_5827164.html

Also getting picked up by: http://www.mirror.co.uk/tv/tv-news/mel-bs-mum-slams-x-4265597

http://www.dailymail.co.uk/tvshowbiz/article-2757660/Mel-B-accused-LYING-family-claiming-comes-tough-council-estate-X-Factor-contestant-Kayleigh-Manners.html

https://uk.celebrity.yahoo.com/gossip/omg/the-x-factor-s-mel-b-seems-to-have-forgotten-where-she-came-from--oops-145904634.html

http://www.mtv.co.uk/x-factor/news/mel-bs-mum-denies-impoverished-childhood

**Melanie Brown** <                                             >   Tue, Sep 16, 2014 at 3:14 PM
To: "Estlund, Kim" <                  >
Cc: "Melissa Nakamura                                              >, Stephen Belafonte
                    "Falcon, Raina"                               >

Yes it came out over the weekend I all ready said no comment

Sent from my iPhone

On Sep 16, 2014, at 3:11 PM, "Estlund, Kim" <                           > wrote:

> Team, just a head's up on this UK tabloid story…
>
> <image001.png>



# Mel B's Family Feud Deepens After They

Gmail - FW: FYI - Mel B's Family Feud Deepens After They Accuse The 'X Factor' Star Of Bending The Truth About Her Tough Upbringing    4/26/24, 3:30 PM

Case 1:24-cv-22045-DPG   Document 1-11   Entered on FLSD Docket 05/29/2024   Page 8 of 12

# Accuse The 'X Factor' Star Of Bending The Truth About Her Tough Upbringing

Mel B's family have blasted the 'X Factor' star after she claimed to have been brought up in a tough area of Leeds on the ITV show.
Viewers saw the former Spice Girl tell contestant Kayleigh Manners that she had grown up in the same part of the city as her on last week's show.

<image002.jpg>

**Mel B and her mum, Andrea, pictured in 1997**

Mel said: "I grew up in Harehills."

Before Kayleigh added: "The place where I come from gets quite a bad name. But Mel B was brought up in the same area so it makes you realise people from that place can still make it and get somewhere."

But Mel's mum Andrea blasted her daughter's claims, revealing she actually grew up in a semi-detached house in a completely different part of town.

"Melanie was brought up in Harehills? Well, that's news to us. It's always been Kirkstall, the other side of town," she told The Mirror.
Mel's sister Danielle, added: "That's what happens when you forget your roots. I might start saying I grew up in Buckingham Palace."

<image003.jpg>

[Quoted text hidden]

---



We are not responding to calls or emails. We do not discuss/confirm/deny anything on your personal life. So sorry you have to deal with this nonsense.

**Kim Estlund**

Gmail - FW: FYI - Mel B's Family Feud Deepens After They Accuse The 'X Factor' Star Of Bending The Truth About Her Tough Upbringing    4/26/24, 3:30 PM

Case 1:24-cv-22045-DPG   Document 1-11   Entered on FLSD Docket 05/29/2024   Page 9 of 12

**B|W|R PR**



[Quoted text hidden]

---

**Melanie Brown** &lt;realmelb1@gmail.com&gt;      Tue, Sep 16, 2014 at 3:19 PM
To: "Estlund, Kim"
Cc: "Melissa Nakamura &gt;, Stephen Belafonte &gt;, "Falcon, Raina"

Good good!!
No need for sorry my family are werido cunts that why I haven't spoken to them in years it's old news


Sent from my iPhone
[Quoted text hidden]

---

**Estlund, Kim** &lt;      Tue, Sep 16, 2014 at 3:21 PM
To: Melanie Brown &lt;

FYI, I sooo get it...I don't talk to any of the dicks that I am related to!  Only my baby sister and my gramps, the rest, not in 15+ Years!  Dicks!

[Quoted text hidden]



Melanie Brown <████████>

# My sister
2 messages

**████ melb████████████████**  Tue, Apr 12, 2011 at 1:15 AM
Reply-To: ████████████████
To: Becca Cripps <████████████████>

I am lost for words tried calling you last night as my sister tweeted how I had "stood her up" to come over to yours then she proceeded to go on tweeting how "bad it is I stood her up after 3 years" becca you saw me calling her texting her your adress,she was fully aware where I was a whole hour before she started tweeting all these horrible remarks,she never once called my mobile or picked up any of my calls,she is soo sick it's frightening,then when I wake up just now I get 6 texts all to my mobile calling me the worst names under the sun,I am pregnant and she is evil,I am truly done with trying ever again with her!
Sent via BlackBerry by AT&T

**Rebecca Cripps** ████████████████████████  Tue, Apr 12, 2011 at 5:14 AM
To: '████████████████████████'

Christ, what a complete mess! Did you arrange to see her last night then? Or was it just a maybe? It doesn't sound right to describe it as being 'stood up'. And what is she thinking, putting it on twitter? That's awful. Still, I don't think you could really expect her to come over to NW london at 11.30 at night. It's the opp direction to her home.
-----------------
[Quoted text hidden]



Melanie Brown

## My evil family
2 messages

**melb**  
Reply-To:  
To: Mark Sutton  
Tue, Dec 6, 2011 at 11:52 PM

Can you believe it they sold another story to ok mag all about me and stephen again! Can you get it for me and tell me what it says pls, I have just had enough, I wonder if I can sue for defamation of character???  
Sent via BlackBerry by AT&T

**Mark Sutton**  
To:  
Wed, Dec 7, 2011 at 4:40 AM

I'll go buy it this morning.... What did they say? What's their fucking problem

Sent from my iPhone  
[Quoted text hidden]



Melanie Brown <■■■■■■■>

# Mee mel b
2 messages

**■■melb■■■■■■■■■■■■■■■■■■■■■**  Wed, Dec 7, 2011 at 9:06 PM
Reply-To: ■■■■■■■■
To: Dr sophy email ■■■■■■■■■■■■■■■■

Xmas greetings!!! What you doing for new year? Is your friend having her xmas party again??
Oh lord it just doesn't stop my sister sold another story AGAIN to uk ok mag saying how she hates stephen and I,I swear cos she's getting no response on any level she is going nuts making herself look like some fame hungry jealous sister!
Sent via BlackBerry by AT&T

**Dr. Charles Sophy** <■■■■■■■■■■■■■■■■>  Wed, Dec 7, 2011 at 9:28 PM
Reply-To: ■■■■■■■■■■■■■■■■■
To: "Mel (new email) Brown" ■■■■■■■■

Not sure abt party but let's do something. I will see abt other parties too

Need Stephan to text or email me plz

In ny for today show back tomm need to see P @ meds.

How was Hacker ?

[Quoted text hidden]