











M Gmail                                                                dv2016 oct <███████>

## Fwd: Meee
2 messages

**Stephen Belafonte** <███████>                                Fri, Oct 6, 2017 at 10:16 PM
To: <███████>

Mei thanking me for taking care of p██████ / says jimmy should be shot
---------- Forwarded message ----------
From: <███████>
Date: Mon, Oct 10, 2011 at 8:31 PM
Subject: Meee
To: Stephen boss email <███████>

Thank you so much honey for rescuing p█████,what her dad did to her is disgusting he should be shot,thank god she has you honey,I can't tell you how much it means to me that you went all the way to LA to get her for me,I love you even more!xxxxx
Sent from my BlackBerry® from Optus

--

Osiris Inc
Stephen Belafonte
7095 Hollywood Blvd. #576
Los Angeles. CA 90028
Cell #: <███████>

PLEASE ALWAYS CC - Melissa Nakamura - <███████>

********* CONFIDENTIALITY NOTICE *********
The information contained in this e-mail or any documents accompanying this e-mail confidential information. The information is intended only for the use of the individual or entity named on this transmission. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, copying, distribution or the taking of any action in reliance of the contents of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender and delete the e-mail from your account.

<    >

**Stephen Belafonte** <███████>                                Mon, Oct 9, 2017 at 9:50 PM
To: <███████>

me wishing her good luck and giving tips
---------- Forwarded message ----------
From: **Stephen Belafonte** <███████>

EXHIBIT 10