# Exhibit 1



https://www.youtube.com/watch?v=oWQLQMLezXw