UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-22045-GAYLES

**STEPHEN BELAFONTE,**

    **Plaintiff,**

v.

**MELANIE JANINE BROWN,**

    **Defendant.**

_____/

**JOINT MOTION TO CANCEL CALENDAR CALL**

Plaintiff Stephen Belafonte and Defendant Melanie Janine Brown hereby jointly move to cancel the Telephonic Calendar Call set Wednesday, November 12, 2025 at 9:30 a.m. and state as follows:

1. Pursuant to this Court's Scheduling Order [ECF No. 42], dated October 21, 2024, a Telephonic Calendar Call is scheduled for Wednesday, November 12, 2025 at 9:30 a.m.

2. On April 3, 2025, the Court stayed discovery and all case deadlines pending resolution of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint. *See* Apr. 3, 2025 Paperless Order [ECF No. 75]. Following the recent telephonic case management conference, the Court set oral argument on that motion for November 18, 2025 at 10:00 a.m. *See* Oct. 29, 2025 Paperless Order [ECF No. 83].

3. The parties have conferred and advise this Court that there are no other pending issues or motions to be brought before the Court at this time, and respectfully file this joint motion to cancel the Telephonic Calendar Call.

WHEREFORE, the parties respectfully request that this Court cancel the Telephonic Calendar Call scheduled for Wednesday, November 12, 2025 at 9:30 a.m.

| | |
|---|---|
| */s/ Vanessa Singh Johannes* <br> Vanessa Singh Johannes <br> Vanessa.johannes@foley.com <br> Jessie R. Chiasson <br> jchiasson@foley.com <br> **FOLEY & LARDNER LLP** <br> 2 South Biscayne Blvd, Suite 1900 <br> Miami. FL 33131 <br> Tel: (305) 482-8412 <br> Fax: (305) 482-8600 <br><br> *-and-* <br><br> J. Erik Connolly (*pro hac vice*) <br> econnolly@beneschlaw.com <br> Bryna Dahlin (*pro hac vice*) <br> bdahlin@beneschlaw.com <br> **BENESCH, FRIEDLANDER,** <br> **COPLAN & ARNOFF LLP** <br> 71 South Wacker Drive, Suite 1600 <br> Chicago, IL 60606 <br> Tel: (312) 212-4949 <br> Fax: (312) 767-9192 <br><br> *Counsel for Plaintiff Stephen Belafonte* | */s/ Jason D. Sternberg*_____ <br> Jason D. Sternberg <br><br> William A. Burck (*pro hac vice*) <br> **QUINN EMMANUEL URQUHART &** <br> **SULLIVAN LLP** <br> 1300 I Street, N.W., Suite 900 <br> Washington, D.C. 20005 <br> (202) 538-8334 <br> williamburck@quinnemanuel.com <br><br> Jason D. Sternberg (Fla. Bar No. 72887) <br> David A. Nabors (Fla. Bar No. 1024722) <br> **QUINN EMMANUEL URQUHART &** <br> **SULLIVAN LLP** <br> 2601 South Bayshore Drive, 15th Floor <br> Miami, FL 33133 <br> jasonsternberg@quinnemanuel.com <br> davidnabors@quinnemanuel.com <br> Secondary:  ivetegalante@quinnemanuel.com <br> (305) 439-5008 <br><br> *Counsel for Defendant Melanie Brown* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of November, 2025, a true and correct copy of the foregoing document was electronically transmitted to all counsel of record via the CM/ECF system.

By: */s Jason D. Sternberg*
Jason D. Sternberg
Florida Bar No. 72887
jasonsternberg@quinnemanuel.com